IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 15-714T

(Filed: December 11, 2017)

|  |  |
|---|---|
| GARY A. WOLENS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

The court acknowledges the joint status report filed by the parties on December 7, 2017. In that report, the parties advise that on November 27, 2017, the Tax Court issued a decision in the related case pending before that court. Respondent prevailed in the Tax Court case. Both plaintiff and defendant represent that the doctrine of collateral estoppel should apply in this case, based on the Tax Court's decision. In the circumstances, defendant requests that this case be dismissed, and plaintiff does not oppose that request.

Therefore, for good cause shown, defendant's request that this case be dismissed is GRANTED. The clerk shall enter final judgment in accord with this disposition.

No costs.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge